IN THE SUPREME COURT OF TEXAS

 No. 08-0011

 IN RE WESLEY F. HONZA, JR. & ROBERT A. HONZA

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency relief, filed January 7, 2008,
is granted. The Order Establishing Procedure for Examination of Computer
Hard Drive and Protective Order and Ruling on Abatement of Enforcement of
Order signed December 3, 2007, in Cause No. 04-C-3653, styled A&W
Development, L.L.C. v. Wesley F. Honza, Jr. and Robert A. Honza, jointly
and severally, in the County Court at Law of Ellis County, Texas, is stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 14, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk